JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ENLOW, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC., and DOES 1 through 25,<br><br>Defendants. | Case No. 2:22-cv-02733-SPG-JEM<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint Filed: February 28, 2022<br>Trial Date: None Set |

**GOOD CAUSE APPEARING**, the Court hereby approves the Joint Stipulation to Dismiss Case, dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: October 25, 2022

HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE